# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE,

| | |
|---|---|
| BRAD REED, Personal Representative of THE ESTATE OF EDDIE L. SHIPLEY, Deceased, and Personal Representative of THE ESTATE OF ELIZABETH JANE SHIPLEY, Deceased, <br><br>    Plaintiff, <br><br> v. <br><br> STONINGTON INSURANCE COMPANY, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     No. 2:10-CV-00208 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Brad Reed, Personal Representative of the Estate of Eddie L. Shipley, Deceased and Personal Representative of the Estate of Elizabeth Jane Shipley, Deceased, and the Defendant, Stonington Insurance Company, by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, respectfully give notice to this Court that all claims asserted in this action should be dismissed, with prejudice.

It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this action are dismissed, with prejudice. Each party shall bear its own discretionary costs.

Respectfully submitted this 16th day of August, 2011.

                           s/ P. Edward Pratt
                           P. Edward Pratt, BPR No. 12758
                           BAKER, DONELSON, BEARMAN,
                             CALDWELL & BERKOWITZ, P.C.
                           265 Brookview Centre Way
                           Suite 600
                           Knoxville, Tennessee 37919
                           (865) 549-7000

                           Attorney for Defendant
                           Stonington Insurance Company

s/ G. P. Gaby
G. P. Gaby, BPR No. 1388
MILLIGAN & COLEMAN
230 W. Depot Street
P. O. Box 1060
Greeneville, Tennessee 37744
(423) 639-6811

K. Kidwell King, Jr., BPR No. 4748
KING & KING
125 S. Main Street
Greeneville, Tennessee 37743-4922
(423) 639-6881

Attorneys for Plaintiff
Brad Reed, Personal Representative of
The Estate of Eddie L. Shipley,
Deceased, and Personal Representative of
The Estate of Elizabeth Jane
Shipley, Deceased